B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Western District of Louisiana

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| ESCO-VINA, LLC | Vina Texas Metal Trading, LLC |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):
26-3646081

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 689 Wakefield<br>Cameron, LA 70631 | 3720 Gattis School Road<br>Suite 800-202<br>Round Rock, TX 78664 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cameron | |
| ZIP CODE 70631 | ZIP CODE 78664 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

☐ Chapter 7    ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check **one** box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor** (Form of Organization)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**VENUE**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ (signature) (Managing Partner) <br> Signature of Petitioner or Representative (State title) <br> Austin Vina, LLC <br> Name of Petitioner <br> Date Signed: 12/1/11 <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Kevin Nguyen <br> 2277 Fernspring Drive <br> Round Rock, TX 78665 | x /s/ Omer Frederick Kuebel III   December 1, 2011 <br> Signature of Attorney                    Date <br> Locke Lord LLP <br> Name of Attorney Firm (If any) <br> 601 Poydras St., Suite 2660, New Orleans, LA 70130 <br> Address <br> (504) 558-5133 <br> Telephone No. |
| x _____ (CEO) <br> Signature of Petitioner or Representative (State title) <br> Scrap and Steel Terminals <br> Name of Petitioner                 Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Juan L. P. Soberon <br> 5373 West Alabama <br> Houston, TX 77056 | x _____                   Date <br> Signature of Attorney <br> Name of Attorney Firm (If any) <br> Address <br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) <br> Sara Nguyen <br> Name of Petitioner                  Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: | x _____                   Date <br> Signature of Attorney <br> Name of Attorney Firm (If any) <br> Address <br> Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Austin Vina, 2277 Fernspring Dr, Round Rock, TX 78665 | undersecured note | 3,500,518.00 |
| Scrap and Steel Terminals, 5373 W. Alabama, Houston, TX | unsecured credit balance | 10,654.00 |
| Sara Nguyen, 2277 Fernspring Dr, Round Rock, TX 78665 | unsecured note | 50,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,514,402.00 |

___1___ continuation sheets attached

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ (Managing Partner)<br>Signature of Petitioner or Representative (State title)<br>Austin Vina, LLC<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Kevin Nguyen<br>2277 Fernspring Drive<br>Round Rock, TX 78665 | x_____<br>Signature of Attorney    Date<br>Locke Lord LLP<br>Name of Attorney Firm (If any)<br>601 Poydras St., Suite 2660, New Orleans, LA 70130<br>Address<br>(504) 558-5133<br>Telephone No. |
| x_____ (CEO)<br>Signature of Petitioner or Representative (State title)<br>Scrap and Steel Terminals<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Juan L. P Soberon<br>5373 West Alabama<br>Houston, TX 77056 | x_____<br>Signature of Attorney    Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Sara Nguyen<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity | x_____<br>Signature of Attorney    Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Austin Vina, 2277 Fernspring Dr, Round Rock, TX 78665 | undersecured note | 3,500,518.00 |
| Scrap and Steel Terminals, 5373 W. Alabama, Houston, TX | unsecured credit balance | 10,654.00 |
| Sara Nguyen, 2277 Fernspring Dr, Round Rock, TX 78665 | unsecured note | 50,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,514,402.00 |

__1__ continuation sheets attached

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ (Managing Partner) | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Austin Vina, LLC | Locke Lord LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Kevin Nguyen, 2277 Fernspring Drive, Round Rock, TX 78665 | 601 Poydras St., Suite 2660, New Orleans, LA 70130 Address |
| | (504) 558-5133 Telephone No. |

| x_____ (CEO) | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Scrap and Steel Terminals | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Juan L. P. Soberon, 5373 West Alabama, Houston, TX 77056 | Address |
| | Telephone No. |

| x_/s/ Nguyen_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Sara Nguyen   12-1-11 | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Austin Vina, 2277 Fernspring Dr, Round Rock, TX 78665 | undersecured note | 3,500,518.00 |
| Scrap and Steel Terminals, 5373 W. Alabama, Houston, TX | unsecured credit balance | 10,654.00 |
| Sara Nguyen, 2277 Fernspring Dr, Round Rock, TX 78665 | unsecured note | 50,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,514,402.00 |

_1_ continuation sheets attached

*Continuation sheet 1 of 1 to Involuntary Petition against ESCO-VINA, LLC*

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _/s/ Jamie Landry_  (President)
Signature of Petitioner or Representative    (State title)

IEI Services, LLC                Dec. 1, 2011
Name of Petitioner               Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Jamie Landry
PO Box 549
Pierre Part, LA 70339

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| IEI Services, LLC<br>PO Box 549<br>Pierre Part, LA 70339 | unsecured trade claim | $3,180 |